1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200,
4  San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
6  Attorneys for Plaintiff

7
   JESSE M. CARYL (SBN: 208687)
8  jcaryl@bcklegal.com
   BENT CARYL & KROLL, LLP
9  6300 Wilshire Boulevard, Suite 1415
10 Los Angeles, California 90048
   Telephone: (323) 315-0510
11 Facsimile: (323) 774-6021
12 Attorney for Defendants
   908 Barrington, LLC
13

14
15
16              UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  BRIAN WHITAKER, | Case: 2:20-CV-09642-MWF-JEM |
| 19         Plaintiff, | |
| 20 | **JOINT STIPULATION FOR** |
| 21     v. | **DISMISSAL PURSUANT TO** |
| 22  11690 SANBAR, LLC, a California | **F.R.CIV.P. 41 (a)(1)(A)(ii)** |
|     Limited Liability Company; 908 | |
| 23  BARRINGTON, L.L.C., a California | |
| 24  Limited Liability Company; and Does | |
|     1- 10, | |
| 25 | |
| 26         Defendants. | |
| 27 | |

28

1

1 | Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 16, 2021        CENTER FOR DISABILITY ACCESS

                                By:   /s/Amanda Seabock
                                      Amanda Seabock
                                      Attorney for Plaintiff


Dated: November 16, 2021        BENT CARYL & KROLL, LLP

                                By:   /s/Jesse M. Caryl
                                      Jesse M. Caryl
                                      Attorney for Defendants
                                      908 Barrington, LLC

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jesse M. Caryl, counsel for 908 Barrington, LLC, and that I have obtained authorization to affix his electronic signatures to this document.

Dated: November 16, 2021     CENTER FOR DISABILITY ACCESS

By: __/s/Amanda Seabock__
Amanda Seabock
Attorney for Plaintiff